UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID CUMMING, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )    Civil No. 09-302-B-W |
| | ) |
| STATE OF MAINE, | ) |
| | ) |
|     Respondent | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRAGTE JUDGE

    The United States Magistrate Judge filed with the Court on July 26, 2009 his Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on August 4, 2009. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

    2. It is further ORDERED that the Petitioner's 28 U.S.C. § 2255 Petition (Docket #1) be and herby is DENIED.

    3. It is further ORDERED that no certificate of appealability should issue in the event the Petition files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C § 2253(C)(2).

SO ORDERED.

/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 12th day of August, 2009